IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cr-102-MEF |
| | ) | |
| JASON CARL JOHNSON | ) | |

## **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment and Superseding Indictment (Doc. #7) filed on June 21, 2007, it is hereby

ORDERED that the motion is GRANTED and the indictment and superseding indictment are DISMISSED.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE